# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TYRONE ELLIS, ADC # 149250                                                PLAINTIFF

v.                          2:16CV00042-DPM-JJV

PATRICK DRUMMOND, APN,
East Arkansas Regional Unit                                        DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall, Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.       Why the record made before the Magistrate Judge is inadequate.

2.       Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.       The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff's *in forma pauperis* status was revoked on April 19, 2016 (Doc. No. 11), due to his status as a "three-striker" within the meaning of 28 U.S.C. § 1915 (g). He was ordered to pay the filing fee of $400 within fourteen days. He was also advised that failure to do so would result in a recommendation that this action be dismissed. More than thirty days have now passed and Plaintiff has not paid his filing fee.

IT IS, THEREFORE, RECOMMENDED that this action be DISMISSED without prejudice.

Dated this 7th day of June, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE