IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE ELLIS
ADC #149250                                                              PLAINTIFF

v.                              No. 2:16-cv-42-DPM

PATRICK DRUMMOND, APN,
East Arkansas Regional Unit                                              DEFENDANT

## ORDER

On *de novo* review, the Court adopts the Magistrate Judge Volpe's recommendation, № 18, and overrules Ellis's objection, № 19. FED. R. CIV. P. 72(b)(3). Ellis's complaint will be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

29 June 2016