IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TYRONE ELLIS
ADC #149250                                                              PLAINTIFF

v.                                      No. 2:16-cv-42-DPM

PATRICK DRUMMOND, APN,
East Arkansas Regional Unit                                             DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation as supplemented, № 41, and overrules Ellis's objection, № 42. FED. R. CIV. P. 72(b)(3). Someone dropped the ball, perhaps the LPN or perhaps the person responsible for making sure referred inmates get seen promptly by a doctor or an APN. But Ellis hasn't sued the person responsible for follow through, and thus can't make a case of deliberate indifference (subjective or objective) in the constitutional sense. Drummond's motion for summary judgment, № 36, is granted. Ellis's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 December 2016